**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Ariel Valero,<br><br>        Defendant. | No. 23-03008MJ-001-PHX-MTM<br><br>**ORDER** |

On January 10, 2023, the Court held an Identity Hearing, Preliminary Hearing, and Detention Hearing.

The Court has considered the Defendant's file, including the testimony of the witness, FBI Special Agent Taylor Hannah, the criminal Complaint and supporting Affidavit (Doc. 1), the Arrest Warrant, Pretrial Services Reports dated January 5, 2023 and January 4, 2023, and argument of counsel.

The Court finds that the Government has established to the Court's satisfaction that the Defendant is the individual named on the Warrant. Identity has been established as to the Defendant.

The Court further finds that the Government has met its burden of proof that probable cause exists that the crimes charged in the criminal Complaint (Doc. 1) were committed and that the Defendant committed those crimes.

1   A detention order shall issue.

2   Dated this 10th day of January, 2023.

_____
Honorable Eileen S. Willett
United States Magistrate Judge